IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| ALEXANDER STROSS, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | 1:18-CV-451-RP |
| MEGAN GATTIS, et al., | § | |
| Defendants. | § | |

## ORDER

On July 6, 2018, the parties in the above-entitled matter filed a "Stipulation to Extend Time to Answer," (Dkt. 5). That filing purports to inform the Court that the parties "jointly stipulate to a fourteen (14) day extension of time for defendant Megan Gattis to answer or otherwise respond to the Complaint." (*Id.*). The filing alleges that the stipulation is made "[p]ursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7." (*Id.*).

Neither Rule 6(b)(1)(A) nor Local Rule CV-7 permits parties to stipulate to the extension of an answer deadline. Should the parties wish to extend the deadline, they must file a joint motion for extension with the Court. *See* Fed. R. Civ. P. 6(b)(1)(A) ("[T]he *court* may, for good cause, extend the time . . .") (emphasis added).

**SIGNED** on July 9, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE